1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  OAKLAND DIVISION

9
10  GABRIEL AMEZCUA,                     Case No: C 11-2765 SBA

          Plaintiff,                    **ORDER ADMINISTRATIVELY
11                                       CLOSING ACTION**

12      vs.

13  BRIAN VAN RHEENAN DBA
    PROVIDENT CONSTRUCTION,
14
          Defendant.
15

16      Plaintiff has notified the Court that Defendant has filed a Chapter 7 bankruptcy

17  petition, and that the action is now stayed. In light of the automatic bankruptcy stay, 11

18  U.S.C. § 362, the Court orders the Clerk of the Court to ADMINISTRATIVELY CLOSE

19  this action. In the event the stay is lifted, the parties shall immediately notify the Court and

20  specify their request for further handling of this action.

21      IT IS SO ORDERED.

22  Dated: September 15, 2011
                                          _____
23                                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
24
25
26
27
28