UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GABRIEL AMEZCUA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN VAN RHEENAN DBA PROVIDENT CONSTRUCTION,<br><br>　　　　Defendant. | Case No: C 11-2765 SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

Plaintiff has notified the Court that Defendant has filed a Chapter 7 bankruptcy petition, and that the action is now stayed. In light of the automatic bankruptcy stay, 11 U.S.C. § 362, the Court orders the Clerk of the Court to ADMINISTRATIVELY CLOSE this action. In the event the stay is lifted, the parties shall immediately notify the Court and specify their request for further handling of this action.

IT IS SO ORDERED.

Dated: September 15, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge